151 So.2d 493

## CALVERT FIRE INSURANCE COMPANY

v.

## Isabelle TAYLOR et al.

### No. 46605.

#### April 11, 1963.

In re: Isabelle Taylor and Peerless Insurance Company applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 148 So.2d 610.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

151 So.2d 493

## Succession of Honorine BAROUQUET, widow of Eugene BARRIEU.

### No. 46625.

#### April 11, 1963.

In re: Mrs. Jeanne Duvio Barousse and Mrs. Marie Duvio Dee applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 148 So.2d 836.

Writ refused. LSA–R.S. 9:2442, relating to the statutory will, does not require that the will be read aloud in its entirety before it is signed. On the facts found by the Court of Appeal, the result reached by that court is correct.